```
08:52   1            IN THE UNITED STATES DISTRICT COURT

        2                 FOR THE DISTRICT OF HAWAII

        3  ENVY HAWAII LLC dba VOLVO      ) CIVIL NO. 17-00040 HG/KSC
           CARS HONOLULU,                 )
        4                                 )
                     Plaintiff,           )
        5                                 )
             vs.                          )
        6                                 )
           VOLVO CAR USA LLC,             )
        7                                 )
                     Defendant.           )
        8  _____)
           VOLVO CAR USA LLC,             )
        9                                 )
             Counterclaim Plaintiff,      )
       10                                 )
             vs.                          )
       11                                 )
           ENVY HAWAII LLC dba VOLVO      )
       12  CARS HONOLULU,                 )
             Counterclaim Defendant,      )
       13                                 )
           and                            )
       14                                 )
           MIKHAIL FEDOTOV,               )
       15   Additional Counterclaim       )
                         Defendant.       )
       16  _____)
```

**DEPOSITION OF
ENVY HAWAII LLC f/d/b/a VOLVO CARS HONOLULU
THROUGH ITS 30(b)(6) DESIGNATED REPRESENTATIVE,
MIKHAIL FEDOTOV**

Taken on behalf of the Defendant/Counterclaim Plaintiff, Volvo Car USA LLC, at Starn•O'Toole•Marcus & Fisher, Pacific Guardian Center, Makai Tower, 733 Bishop Street, Suite 1900, Honolulu, Hawaii, commencing at 8:59 a.m. on Tuesday, November 6, 2018, pursuant to Notice.

BEFORE:     SHARON L. ROSS, RPR, CRR, RMR, CSR No. 432

**Exhibit 1**

```
11:47  1   email addresses are associated with those four inboxes?
11:47  2       A.  It's Mike.Fedotov@VolvoHonolulu.com.  It's
11:47  3   Mike@envyag.com, that personal Gmail, mihbor@gmail.com,
11:47  4   and -- and I think it was Mike.Fed@VolvoHonolulu.com.
11:47  5       Q.  Since November 2016, have you deleted any emails
11:48  6   from any of those four accounts that relate in any way
11:48  7   to Envy Hawaii's Volvo operations?
11:48  8       A.  Sure.
11:48  9       Q.  How have you determined which emails to delete?
11:48 10       A.  If it's a spam or emails that I -- I don't need
11:48 11   to....
11:48 12       Q.  Have you deleted any communications with Volvo
11:48 13   employees?
11:48 14       A.  Could be.  I don't recall.  Could be.
11:48 15       Q.  Since November 2016, have you deleted any emails
11:48 16   with Mr. Martinho?
11:48 17       A.  Could be.
11:48 18       Q.  Were you aware that you have a legal obligation
11:49 19   to preserve all documents relating to this lawsuit?
11:49 20       A.  Yes.
11:49 21       Q.  Then why were you deleting documents?
11:49 22       A.  Oh, you -- I didn't understand your question.
11:49 23       Q.  My question is:  Did you delete any emails
11:49 24   relating in any way to your Volvo operations?
11:49 25       A.  When?
```

```
11:55   1      Q.  -- did you search his email personally?
11:55   2      A.  I don't recall, could be.  It's Google --
11:55   3   VolvoHonolulu.com, the main base on Google; and as a
11:55   4   Google administrator, I could have an access to all
11:55   5   company emails, yes.  So --
11:55   6      Q.  Wouldn't it be the case --
11:55   7      A.  -- yeah, when I searched emails, topics, I could
11:55   8   see emails from all the employees.
11:55   9      Q.  Do you still have access -- I'm sorry.  What was
11:55  10   that domain, EnvyHonolulu?
11:55  11      A.  No, it's VolvoHonolulu.
11:55  12      Q.  Excuse me.  VolvoHonolulu.  Do you still have
11:56  13   access to those VolvoHonolulu emails for the other
11:56  14   employees?
11:56  15      A.  I only have a portion of it.
11:56  16      Q.  Why is that?
11:56  17      A.  Because we stopped paying for Google Enterprise,
11:56  18   the Mainland entity.  It got canceled and freeze and --
11:56  19      Q.  When did you stop paying for that?
11:56  20      A.  I think it was in 2018.
11:56  21      Q.  Is it your understanding then that any emails
11:56  22   that were associated with that domain name are deleted
11:56  23   by Google?
11:56  24      A.  I don't know how it works.  Yeah, I'm not sure.
11:56  25      Q.  You just know you don't have access to them
```

```
 1                    C E R T I F I C A T E

 2   STATE OF HAWAII               )

 3                                 )   SS:

 4   CITY AND COUNTY OF HONOLULU   )

 5

 6        I, SHARON ROSS, Certified Shorthand Reporter, do
     hereby certify:
 7
          That on Tuesday, November 6, 2018, at 8:59 a.m.,
 8   appeared before me MIKHAIL FEDOTOV, the witness whose
     deposition is contained herein; that prior to being
 9   examined the witness was by me duly sworn;

10        That the deposition was taken down by me in machine
     shorthand and was thereafter reduced to typewriting;
11   that the foregoing represents, to the best of my
     ability, a true and correct transcript of the
12   proceedings had in the foregoing matter.

13        That pursuant to Rule 30(e) of the Hawaii Rules of
     Civil Procedure, a request for an opportunity to review
14   and make changes to this transcript:

15        _X_  Was made by the deponent or a party (and/or
                their attorney) prior to the completion of the
16              deposition.
          ___  Was not made by the deponent or a party
17              (and/or their attorney) prior to the completion
                of the deposition.
18        ___  Was waived.

19        I further certify that I am not an attorney for any
     of the parties hereto, nor in any way concerned with the
20   cause.

21        Dated this 29th day of November, 2018, in Honolulu,
     Hawaii.
22
                              [Seal: SHARON L. ROSS
23                             CSR No. 432
                               STATE OF HAWAII]
24                            _____
                              SHARON ROSS, CSR NO. 432
25
```